UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

LAWRENCE D. ROLLO, SR.                    Case No. 15-30569-KKS

                                                      Chapter 7

       Debtors.
_____/

## OBJECTION TO CLAIMED EXEMPTION

Creditor, RREF CB SBL II-FL, LLC ("RREF"), by and through undersigned counsel, hereby files this Objection to Exemption claimed in the Santa Rosa County Federal Credit Union checking account (Doc.16), and states as follows:

1. The Debtor lists on his amended Schedule B a shared account at Santa Rosa County Federal Credit Union, (account 127-00) purportedly owned with his wife, with a value of $18,730.

2. In Debtor's Amended Schedule C, Debtor claims a 100% exemption to this account.

3. RREF disputes the claimed exemption based on tenancy by the entirety in that Debtor has not provided loan documents, including origination and transfer forms, or signature cards, regarding the account to allow creditor to determine if the necessary unities exist for tenancy by the entirety.

4. If this information is provided proving the necessary unities of ownership for the claimed tenancy by the entirety exemption (i.e. unity of interest, unity of possession, unity of title, unity of marriage, unity of time and survivorship), RREF will withdraw this objection but files same out of an abundance of caution before the exemption objection deadline.

{M1015206.1}

Submitted this 5th day of August, 2015.

/s/ Jason R. Watkins
Jason R. Watkins  (ASB-3882-S61J)
Attorney for RREF CB SBL II-FL, LLC
Jones Walker LLP
11 North Water Street
Mobile, AL 36602
Email:  jwatkins@joneswalker.com
Telephone: (251) 439-7510
Facsimile:  (251) 439-7357

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2015, a true and correct copy of the foregoing has been furnished via CM/ECF to:

Edward G. Seitz, Jr., attorney for Debtor, at edseitz@hotmail.com

United States Trustee at USTPRegion21.TL.ECF@usdoj.gov

John E. Venn, Jr., Trustee, at johnvenntrustee@aol.com

and to all other parties who have requested notice via electronic filing,

and via U.S. Mail to:

Lawrence D Rollo, Sr.
Debtor
5832 Tanglewood Drive
Milton, FL 32570

/s/ Jason R. Watkins
JASON R. WATKINS

{M1015206.1}